**BRIAN R. KATZ**
**California State Bar No.  88895**
Attorney at Law
8780 Auburn Folsom Road, Suite 5
Granite Bay, California. 95746
Telephone: 916-933-5266
Facsimile:  916-933-7866
Email: brian@katzbusinesslaw.com
Attorney for Plaintiff:   Sai Pola

**Vani Moodley**
HM Law Group LLP
5655 Silver Creek Valley Road #850
San Joes, CA. 95138
Telephone:  650-472-7008
Email:  vani@hahnmoodley.com
Attorney for Defendants:  Mahender Rao and Srinivas Rao

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| Sai Pola, An Individual, | **CASE NO.: 2:19-CV-01154-MCE-KJN** |
| Plaintiff, | |
| -- vs. -- | **STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER** |
| Mahender Rao and Srinivas Rao, | |
| Defendants. | Honorable **Morrison C. England, Jr.** |

Plaintiff Sai Pola and Defendant Mahender Rao, through their respective counsel, stipulate as follows:

## **RECITALS**

1. On June 24, 2019, this Court issued its Initial Pretrial Scheduling Order requiring all non-expert discovery to be completed not later than 365 days from the date the case was opened [Complaint filed June 21, 2019].

---

-1-
**STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER**

2. Subsequent to the issuance of the Initial Pretrial Scheduling Order, Defendant Mahender Rao who had previously appeared *in pro per*, retained Counsel to represent him.

3. On January 13, 2023, the Parties submitted their Joint Status Report, wherein, among other things, the Parties agreed to submit a Joint Request to modify the Initial Pretrial Scheduling Order.

4. On January 13, 2023, this Court ordered the Parties to file a noticed motion or stipulation and proposed order to amend the Initial Pretrial Scheduling Order not later than fourteen days from the date of that minute order.

5. The Parties believe that modifying the Initial Pretrial Scheduling Order to allow discovery to be completed by the end of the year 2023, will facilitate settlement negotiations as the Parties will be able to develop a better understanding of the strengths and weaknesses of their respective cases.

6. Good cause therefore exists to modify the schedule set forth in the Court's Initial Pretrial Scheduling Order.

Accordingly, the Parties stipulate as follows:

**STIPULATION**

1. Non-expert discovery should be completed by November 30, 2023.
2. Expert discovery should be completed by December 31, 2023. Initial expert disclosures will occur on November 20, 2023. Supplemental expert disclosures, if any, will occur on December 10, 2023.
3. All non-discovery motions and dispositive motions shall be filed no later than November 30, 2023.

4. The Parties should file a Joint Notice of Trial Readiness within thirty (30) days after receiving the Court's ruling on the last filed dispositive motion, or if no dispositive motions are filed, then by January 10, 2024.

IT IS SO STIPULATED.

Dated: January 27, 2023                                    **BRIAN R. KATZ, ESQ.**

                                                          By:    /s/ Brian R. Katz
                                                                   Brian R. Katz, Esq.
                                                                   Attorney for Plaintiff:  Sai Pola

                                                **Vani Moodley, Esq.**
                                                HM Law Group LLP

Dated: January 27, 2023                           By:    /s/ Vani Moodley
                                                                   Vani Moodley, Esq.
                                                                   Attorney for Mahender Rao and
                                                                   Srinivas Rao

## ORDER

**IT IS SO ORDERED.**

Dated:  January 31, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE