1
2
3
4
5
6

**BRIAN R. KATZ**
**California State Bar No.  88895**
Attorney at Law
8780 Auburn Folsom Road, Suite 5
Granite Bay, California. 95746
Telephone: 916-933-5266
Facsimile:  916-933-7866
Email: brian@katzbusinesslaw.com
Attorney for Plaintiff:   Sai Pola

7
8
9
10
11
12

**Vani Moodley**
HM Law Group LLP
5655 Silver Creek Valley Road #850
San Jose, CA. 95138
Telephone:  650-472-7008
Email:  vani@hahnmoodley.com
Cc: devasena@hahnmoodley.com
Attorney for Defendants:  Mahender Rao and Srinivas Rao

13
14
15

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

16
17
18
19
20
21
22
23

Sai Pola, An Individual,

              Plaintiff,

   -- vs. --

Mahender Rao and Srinivas Rao,

              Defendants.

} **CASE NO.: 2:19-CV-01154-MCE-KJN**
}
}
} **APPLICATION BY MUTUAL**
} **CONSENT OF THE PLAINTIFF AND**
} **DEFENDANTS FOR AN ORDER**
} **EXTENDING THE TIME WITHIN**
} **WHICH THE PARTIES MAY FILE**
} **AND SERVE DISPOSITIVE MOTIONS**
}
}

Honorable **Morrison C. England, Jr.**

24
25
26
27
28

     Plaintiff Sai Pola and Defendants Mahender Rao and Srinivas Rao hereby move the

Court for an order extending the time within which they can file and serve their dispositive

motions.

-------------------------------------------------------------------------------------------------------------------------------------
-1-
**Extension Request for Dispositive Motions**

## BACKGROUND AND DISCUSSION

The parties filed a joint stipulation and proposed order modifying the initial pretrial scheduling order on January 30, 2023. The parties stipulated that non-expert discovery should be completed by November 30, 2023, and are currently busy with discovery and production of documents. The parties stipulated all non-discovery motions and dispositive motions shall be filed no later than November 30, 2023, and now wish to extend the deadline to **January 31, 2024,** for <u>non-discovery motions and dispositive motions</u>, and to extend the deadline to file the <u>Joint Notice of Trial Readiness </u>to **March 31, 2024**. The parties believe that this modification will facilitate settlement discussions as well as aid in the preparation for trial if the matter is not settled.

///

///

///

///

///

///

///

///

///

///

///

///

///

-2-
**Extension Request for Dispositive Motions**

## CONCLUSION

Based on the forgoing the parties respectfully request the Court enter an order extending the time the parties may file and serve non-discovery motions and dispositive motions to January 31, 2024 and the deadline to file the Joint Notice of Trial Readiness to March 31, 2024.

Respectfully submitted,

Dated: October 17, 2023,                              **BRIAN R. KATZ, ESQ.**

By:  _____/s/ Brian R. Katz_____
             Brian R. Katz, Esq.
             Attorney for Plaintiff:  Sai Pola

**Vani Moodley, Esq.**
HM Law Group LLP

Dated: October 17, 2023,            By:  __/s/ Vani Moodley__
             Vani Moodley, Esq.
             Attorney for Mahender Rao and
             Srinivas Rao

**IT IS SO ORDERED.**

Dated:  October 31, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

-3-

**Extension Request for Dispositive Motions**