UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Sai Pola, | No. 2:19-cv-01154-KJM-CSK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Mahender Rao and Srinivas Rao, | |
| Defendants. | |

The court held a final pretrial conference for this case on July 11, 2024, during which it ordered the parties to file within seven days a joint filing that identifies the parties' disputed and undisputed facts, after which the court would submit the matter and issue a written Final Pretrial Order.  *See* Hr'g Mins., ECF No. 51.  The court is in receipt of the status report filed by plaintiff only.  *See* Status R., ECF No. 52.  Plaintiff's counsel, Brian R. Katz, filed a signed declaration with the status report.  *See* Katz Decl., ECF No. 52 at 6-7.  Despite the best efforts of plaintiff's counsel to engage defense counsel, Vani Moodley, in drafting a joint status report, plaintiff's counsel says he has not received a response from defense counsel in order to file a joint status report with both of their positions on the disputed and undisputed facts.

The court reminds the parties that compliance with the court's orders is not optional, but rather a requirement.  Failure to meet and confer when necessary and to comply with this court's orders may result in sanctions, including monetary sanctions.  The court **orders** Mr. Moodley to

1

show cause within 7 days as to why he should not be sanctioned by the court in the amount of $250.00 for his lack of compliance with this court's order.  Furthermore, the court **directs** the parties to file a joint status report identifying the parties' disputed and undisputed facts **within 3 days**.  If defense counsel does not participate in submitting a joint status report to the court within this timeframe, the court will treat the undisputed facts submitted in the status report by plaintiff's attorney as undisputed facts.

    IT IS SO ORDERED.

DATED: July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE